No. 78–6885.   HICKS v. OKLAHOMA.   Ct. Crim. App. Okla. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 79–162.   PENNSYLVANIA NATIONAL MUTUAL CASUALTY Co. v. SPENCE ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 79–207.   ALBERT ET AL. v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 79–229.   CASTRO ET AL. v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 79–239.   BOWEN, GOVERNOR OF INDIANA, ET AL. v. INTERNATIONAL SOCIETY FOR KRISHNA CONSCIOUSNESS, INC. C. A. 7th Cir.   Certiorari denied.

No. 79–291.   GRISSOM v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 79–300.   INSPIRATION ENTERPRISES, INC., ET AL. v. INLAND CREDIT CORP. ET AL.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 79–307.   STRICKLIN v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 79–315.   WHITE MOUNTAIN BROADCASTING CO., INC. v. FEDERAL COMMUNICATIONS COMMISSION.   C. A. D. C. Cir. Certiorari denied.

No. 79–351.   PINE v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.